In the Matter of the Will of FRANK IDEM, Deceased.

EDNA LANG et al., Appellants; FRANCISCAN MISSIONARY UNION, Respondent.

Argued April 13, 1939; decided May 16, 1939.

*Charles J. Wick* for Edna Lang et al., appellants.
*Martin H. Buecking* for Friedrich Idem et al., appellants.
*Kevin Kennedy* and *George H. Kennedy* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.